(119 So. 925)

**Artie RICE v. STATE. (6 Div. 520.)**

Court of Appeals of Alabama. Jan. 8, 1929.

RICE, J. Affirmed.

---

(128 So. 924)

**Luke RICHEY v. STATE.**
**7 Div. 643.**

Court of Appeals of Alabama.

June 10, 1930.

RICE, J.
Appeal dismissed.

---

(120 So. 927)

**Dave RICKETTS v. STATE. (8 Div. 736.)**

Court of Appeals of Alabama. Feb. 5, 1929.

D. Isbell, of Guntersville, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

---

(124 So. 925)

**Jack RIDGEWAY v. STATE. (4 Div. 556.)**

Court of Appeals of Alabama. Nov. 12, 1929.

BRICKEN, P. J. Appeal dismissed.

---

(122 So. 925)

**Willie RILEY v. STATE. (4 Div. 537.)**

Court of Appeals of Alabama. May 7, 1929.

SAMFORD, J. Affirmed.

---

(123 So. 927)

**Andrew J. ROBERSON v. STATE.**
**(4 Div. 485.)**

Court of Appeals of Alabama. April 30, 1929.

Rehearing Denied June 25, 1929.

Chas. O. Stokes, of Ozark, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Reversed and remanded.

---

(119 So. 925)

**Bill ROBERTSON v. STATE. (7 Div. 464.)**

Court of Appeals of Alabama. Jan. 22, 1929.

RICE, J. Affirmed.

---

(127 So. 925)

**Herman ROBINSON v. STATE.**
**8 Div. 910.**

Court of Appeals of Alabama.
March 18, 1930.

BRICKEN, P. J.

On the trial of this case in the lower court, this appellant was convicted for the offense of violating the prohibition laws of the state. His appeal here is upon the record proper; there being no bill of exceptions. No error appears upon the record; therefore the judgment of conviction from which this appeal was taken is affirmed.

Affirmed.

---

(123 So. 927)

**Roy, alias Boss, ROBINSON v. STATE.**
**(6 Div. 623.)**

Court of Appeals of Alabama. May 28, 1929.

Rehearing Denied June 25, 1929.

RICE, J. Affirmed.